**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALEXA W. REEVES f/k/a ALEXA W. CHICAGUS,<br>Plaintiff,<br>vs.<br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC.,<br>Defendants. | Case No. 2:26-CV-02463-DJC-CSK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff Alexa W. Reeves f/k/a Alexa W. Chicagus and Defendant Experian Information Solutions, Inc.'s ("Experian") Stipulation to Extend Time to Respond to Initial Complaint is **GRANTED.** Experian shall have an additional 28 days, up to and including October 7, 2026, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: September 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE